*E-Filed 3/3/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, et al., on behalf of themselves and all other persons similarly situated<br><br>        Plaintiffs,<br><br>  v.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>        Defendant.<br>_____/ | Case No. C04-00047 JW (HRL)<br><br>**ORDER RE: DEFENDANT'S OPPOSITION TO MOTION TO SHORTEN TIME** |

On March 2, 2006, plaintiffs filed a motion to shorten time in conjunction with a motion to compel discovery. Due to time concerns presented by the motion, defendant's opposition to plaintiffs' motion to shorten time must be filed no later than **Monday, March 6, 2006 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated:  3/3/06

                                      /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE