*E-Filed 3/7/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, et al., on behalf of themselves and all other persons similarly situated<br><br>        Plaintiffs,<br><br>v.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA<br><br>        Defendant. | Case No. C04-00047 JW (HRL)<br><br>**ORDER (1) GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME; AND (2) SETTING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL** |

On March 2, 2006, plaintiffs filed an motion to shorten time in conjunction with a motion to compel discovery. Plaintiffs urge the court to shorten time so that any exchange of fact discovery resulting from the motion to compel can be completed well prior to the April 20, 2006 date for expert disclosures. Defendant filed an opposition on March 6, 2005.

In order to give the parties sufficient time to meet their deadlines under the case schedule set by the trial court, the court grants plaintiffs' motion and sets the following briefing schedule. Plaintiffs' motion to compel discovery will be heard on **Tuesday, March 28, 2006 at 10:00 a.m.** in Courtroom 2. Defendant's opposition is due **March 13, 2006**. Plaintiffs' reply shall be filed by **March 17, 2006**.

**IT IS SO ORDERED.**

Dated: 3/7/06

                                                    /s/ Howard R. Lloyd
                                                    HOWARD R. LLOYD
                                                    UNITED STATES MAGISTRATE JUDGE