Geoffrey F. Gega, Bar No. 91980
COOK BROWN, LLP
1851 East First Street, Suite 1440
Santa Ana, CA 92705
(714) 542-1883 - Telephone
(714) 542-1009 - Facsimile

*E-filed 3/15/06*

Attorneys for Defendant
D'ARRIGO BROS. CO. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | CASE NO. C-004-00047 JW<br><br>CLASS ACTION<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO SHORTEN TIME RE: DEFENDANT'S MOTION TO COMPEL DEPOSITIONS OF PLAINTIFFS**<br>AND ORDER<br><br>Complaint Filed: January 7, 2004 |

The parties hereby stipulate and request an Order to Shorten Time regarding Defendant's Motion to Compel Depositions of Plaintiffs, as follows:

1. The last date for discovery in this case is on June 30, 2006. (See Stipulated Order to Modify Scheduling Order dated October 24, 2005.)

2. Defendant intends to file a Motion to Compel of named-Plaintiffs depositions.

3. Given the pending discovery cut-off date, and the fact that this Court has already

STIPULATION AND REQUEST FOR AN ORDER SHORTENING TIME RE: DEFENDANT'S MOTION TO COMPEL- C-004-00047 JW

1 | agreed to hear Plaintiffs' Motion to Compel on March 28, 2006, the parties have agreed to have
2 | Defendant's Motion to Compel be heard on March 28, 2006 at the same time as Plaintiffs' Motion
3 | to Compel.

4 |     4. The parties have further agreed to the following briefing schedule: Defendant shall
5 | file its Motion to Compel by March 15, 2006; Plaintiffs' will file their Opposition to Defendant's
6 | Motion to Compel by March 17; Defendant will file its Reply to Plaintiff's Opposition by March
7 | 21; and Court hearing on Defendant's Motion to Compel to be held on March 28, 2006 at
8 | 10:00 a.m.

9 |     5. The Court has previously granted time modifications in this case as follows:

10 |     a. On October 14, 2004, the Court granted Plaintiffs' Motion to Shorten Time
11 | to Consider Plaintiffs' Motion to Revise the Scheduling Order.

12 |     b. On October 29, 2005, the Court granted Plaintiffs' Motion to Revise the
13 | Scheduling Order and modified all deadlines in the Scheduling Order.

14 |     c. On April 21, 2005, the Court modified all deadlines in the Scheduling
15 | Order pursuant to the parties' Stipulated Request.

16 |     d. On October 24, 2005, the Court modified all deadlines in the Scheduling
17 | Order pursuant to the parties' Stipulated Request.

18 |     6. Granting the parties Stipulation will not affect the pretrial deadlines set forth in the
19 | current Scheduling Order in this case.

SELIGER & ELKIN, LTD

DATED: 3/15/06     By: _____
STEPHEN G. SELIGER
Attorney for Plaintiffs.

|     |                           |
| --- | ------------------------- |
| 1   |                           |
| 2   | COOK BROWN, LLP           |

DATED: 03/15/06      BY: /s/ Kimberley Sakai
                         KIMBERLEY H.G. SAKAI
                         Attorneys for Defendant,
                         D'ARRIGO BROTHERS CO.,
                         OF CALIFORNIA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  3/15/06                    _____
                                   HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND REQUEST FOR AN ORDER SHORTENING TIME RE: DEFENDANT'S MOTION TO COMPEL- C-004-00047 JW