*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware
8/20/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>          Defendant.<br>_____ | CASE NO. C-004-00047 JW<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] AMENDED MODIFIED SCHEDULING ORDER<br><br><br><br><br><br>Complaint Filed:   January 7, 2004 |

Upon the Stipulation filed by the parties on August 16, 2007, seeking a ninety (90) day extension of the Modified Scheduling Order entered by this Court on June 19, 2007, the Court modifies its Order as follows:

The Case Schedule on page 1 of the Modified Scheduling Order is amended as follows:

Close of All Discovery                                          December 17, 2007

Last Date for Hearing Dispositive Motions         February 25, 2008

1

[PROPOSED] AMENDED MODIFIED SCHEDULING ORDER - C-004-00047 JW (RS)

| | | | |
|---|---|---|---|
| 1 | Preliminary Pretrial Conference | May 5, 2008 | @ 11:00 a.m. |
| 2 | Preliminary Pretrial Conference Statements | April 25  2008 | |

DATED:  August 20, 2007

_____
JAMES WARE
United States District Court Judge

[PROPOSED] AMENDED MODIFIED SCHEDULING ORDER - C-004-00047 JW (RS)