Geoffrey F. Gega, Esq. (Bar No. 91980)
Regina Silva, Esq. (Bar No. 173573)
COOK BROWN, LLP
1851 East First Street, Suite 1440
Santa Ana, CA 92705-4044
Telephone No.:   714-542-1883
Facsimile No.:   714-542-1009

Attorneys for Defendant
D'ARRIGO BROS. CO., OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | Case No. C-004-00047 JW<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO SERVE REBUTTAL EXPERT DISCLOSURES**<br><br>Complaint Filed: January 7, 2004 |

Pursuant to Northern District Local Rules 7-12, Plaintiffs Graciela Zamora, Olga Leyva Velarde, Teresa Lara, and Maria Rodriguez De Torres, and Defendant D'Arrigo Brothers Company of California (hereinafter referred to as "Defendant") hereby stipulate and agree that both parties shall have up to and including November 12, 2007, to serve on each other their Rebuttal Expert Disclosures in this action. The parties have entered this stipulation because Defendant has advised Plaintiffs' counsel that its expert (Dr. Singh) who will be drafting a rebuttal report has been affected by the fires in San Diego County, and is temporarily unavailable.

This stipulation will not affect the Court's Scheduling Order.

IT IS SO STIPULATED.

Dated: October ____, 2007          SELIGER & ELKIN, LTD.


                                   By: _____/s/_____
                                       Stephen G. Seliger
                                       One of the Attorneys for Plaintiffs

Dated: October ____, 2007          COOK BROWN, LLP


                                   By: _____/s/_____
                                       Geoffrey F. Gega
                                       Regina Silva
                                       Attorneys for Defendant D'ARRIGO BROS.
                                       CO., OF CALIFORNIA


## ORDER

Pursuant to the Stipulation between the parties:

IT IS HEREBY ORDERED that the Parties shall serve on each other their Rebuttal Expert Disclosures by November 12, 2007.

Dated: _____November 2_____, 2007      _____/s/ James Ware_____
                                         Honorable Judge James Ware
                                         UNITED STATES DISTRICT COURT JUDGE