```
Stephen G. Seliger, #123859
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4244 (telephone)
(312) 565-7289 (telefax)

Geoffrey F. Gega
COOK BROWN, LLP
1851 East First Street, Suite 1440
Santa Ana, CA 92705
(714) 542-1883 (telephone)
(714) 542-1009 (telefax)
```



IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/28//2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | CLASS ACTION<br><br>CASE NO. C-04-00047JW<br><br>STIPULATED REQUEST FOR AMENDMENT OF MODIFIED SCHEDULING ORDER<br><br>Complaint filed: January 7, 2004 |

**STIPULATED REQUEST FOR AMENDMENT OF MODIFIED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and Northern District Rules 6-1(b) and 6-2, the parties hereby submit this Stipulated Request for an Order amending the Modified Scheduling Order entered by the Court on August 20, 2007, in order to permit the parties to continue settlement negotiations and, if necessary, complete expert depositions. In support of their request, the parties submit the instant Stipulated Request, the Declaration of Stephen G. Seliger and a Proposed Order filed herewith. Through their respective counsel of record, the parties hereby stipulate to the following facts, which the parties believe establish good cause to grant an order extending the dates set forth in the Court's Amended Modified Scheduling Order:

A. The Court's Amended Modified Scheduling Order (Ex. A) provides as follows: (1) Close of All Discovery - December 17, 2007; (2) Last Date for Hearing Dispositive Motions - February 25, 2008; (3) Preliminary Pretrial Conference - May 5, 2008; (4) Preliminary Pretrial Conference Statements - April 25, 2008.

B. The parties have completed all discovery with the exception of taking the depositions of disclosed experts.[1] (Ex. B, Seliger Declaration)

C. During the course of communications with regard to expert depositions, counsel for the parties began discussions with regard to the possibility of settlement. In view of the considerable expense related to expert depositions, the parties agreed to temporarily postpone these depositions. (Id.) The parties met to discuss settlement on January 8, 2008 in San Jose and agree that further discussions should take place. The parties have also agreed to request the assistance of a Magistrate Judge in connection with their discussions. (Id.)

D. Considering the possibility that a settlement may be achieved, the parties request the following extension to the dates set out in the Court's Amended Modified Scheduling Order. Under this Proposed Order (Ex. B), the following dates would be set: (1) Completion of Expert Depositions - May 23, 2008; (2) Last Date for Hearing Dispositive Motions - July 28, 2008; (3) Preliminary Pretrial Conference - September 29, 2008; and (4) Preliminary Pretrial Conference Statements - September 19, 2008.

E. This is the fifth request for an amendment to the Case Management Order. However, good cause exists for this request in view of the possibility of settlement and the interests of judicial efficiency.

WHEREFORE, the parties respectfully request that Amended Modified Scheduling Order (Ex. A) be modified as indicated. A Draft Proposed Order is attached as Exhibit C.

---

[1] There is also one outstanding dispute regarding the untimeliness, relevance, and other substantive objections to information regarding defendant's financial circumstances.

| | | |
|---|---|---|
| | COOK BROWN, LLP | |
| DATED: January 24, 2008 | By: | /s/ Geoffrey F. Gega |
| | | GEOFFREY F. GEGA |
| | | One of the Attorneys for Defendant |

LAW OFFICES OF STEPHEN G. SELIGER

| | | |
|---|---|---|
| DATED: January 24, 2008 | By: | /s/Stephen G. Seliger |
| | | STEPHEN G. SELIGER |
| | | One of the Attorneys for Plaintiffs |

Exhibit A



8/20/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | CASE NO. C-004-00047 JW<br><br>CLASS ACTION<br><br>[PROPOSED] AMENDED MODIFIED SCHEDULING ORDER<br><br><br><br>Complaint Filed: January 7, 2004 |

Upon the Stipulation filed by the parties on August 16, 2007, seeking a ninety (90) day extension of the Modified Scheduling Order entered by this Court on June 19, 2007, the Court modifies its Order as follows:

The Case Schedule on page 1 of the Modified Scheduling Order is amended as follows:

Close of All Discovery            December 17, 2007

Last Date for Hearing Dispositive Motions      February 25, 2008

1

[PROPOSED] AMENDED MODIFIED SCHEDULING ORDER - C-004-00047 JW (RS)

| | | |
|---|---|---|
| Preliminary Pretrial Conference | May 5, 2008 | @ 11:00 a.m. |
| Preliminary Pretrial Conference Statements | April 25  2008 | |

DATED: August 20, 2007

_____
JAMES WARE
United States District Court Judge

Exhibit B

Marcos Comacho, a Law Corporation
PO Box 9009
Bakersfield, CA 93389
(661) 324-8100 (telephone)
(661) 324-8103 (telefax)

Stephen G. Seliger, #123859
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4244 (telephone)
(312) 565-7289 (telefax)

James G. Bradtke
Soule, Bradtke & Lambert
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4422 (telephone)
(312) 616-4423 (telefax)

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | CLASS ACTION<br><br>CASE NO. C-04-00047JW<br><br>DECLARATION OF STEPHEN G. SELIGER IN SUPPORT OF STIPULATED REQUEST FOR AMENDMENT OF MODIFIED SCHEDULING ORDER<br><br>Complaint filed: January 7, 2004 |

## DECLARATION OF STEPHEN G. SELIGER

STEPHEN G. SELIGER, upon penalty of perjury, states on personal knowledge that the following facts are true and correct:

1. I am lead counsel for plaintiffs in this case.

2. On January 8, 2008, counsel for the parties met in San Jose, California to discuss the possibility of settlement. The parties agree that further discussions should take place. The

---

DECLARATION OF STEPHEN G. SELIGER             1             Case No. C-04-00047JW

parties have also agreed to seek the assistance of a Magistrate Judge in attempting to resolve the case.

3. The various statements in the stipulation regarding the status of discovery are accurate.

/s/ Stephen G. Seliger

Dated: January 24, 2008

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated, | CLASS ACTION<br><br>CASE NO. C-04-00047JW<br><br>(~~PROPOSED~~) AMENDED MODIFIED SCHEDULING ORDER<br><br>Complaint filed: January 7, 2004 |
| Plaintiffs, | |
| vs. | |
| D'ARRIGO BROTHERS COMPANY OF CALIFORNIA, | |
| Defendant. | |

## (PROPOSED) AMENDED MODIFIED SCHEDULING ORDER

Upon the Stipulation filed by the parties on January 24, 2008 seeking further modification of the Amended Modified Scheduling Order entered by this Court on August 20, 2007, the Court finds good cause therefor and modifies its Order as follows:

Completion of Expert Depositions - May 23, 2008;

Last Date for Hearing Dispositive Motions - July 28, 2008

Preliminary Pretrial Conference - September 22 2008  at 11:00 AM

Preliminary Pretrial Conference Statements - September 12, 2008

This is the parties' final request for continuance.

Dated: January 28, 2008

*James Ware*
_____
JAMES WARE
United States District Judge