Geoffrey F. Gega, Esq. (Bar No. 91980)
Regina Silva, Esq. (Bar No. 173573)
COOK BROWN, LLP
1851 East First Street, Suite 1440
Santa Ana, CA 92705-4044
Telephone No.: 714-542-1883
Facsimile No.: 714-542-1009
ggega@cookbrown.com

Attorneys for Defendant
D'ARRIGO BROS. CO., OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*
3/3/2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>    Defendant. | Case No. C-004-00047 JW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE WAYNE D. BRAZIL**<br><br>Complaint Filed: January 7, 2004 |

TO THE HONORABLE JUDGE JAMES WARE:

Pursuant to Rule 7-2 of the Alternative Dispute Resolution Local Rules of this Court, all parties to the above-entitled action, by and through their respective counsel-of-record, hereby

//

//

//

1
STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT CONFERENCE    C-004-00047 JW

stipulate that the Court refer this case to a settlement conference to be conducted by Magistrate Judge Wayne D. Brazil.

The parties further advise that Judge Brazil has tentatively scheduled a settlement conference in this matter per the parties' request, subject to this Court's referral.

IT IS SO STIPULATED.

Dated: February 26, 2008     SELIGER & ELKIN, LTD.

By: _____//s//_____
   Stephen G. Seliger
   One of the Attorneys for Plaintiffs

Dated: February 26, 2008     COOK BROWN, LLP

By: _____//s//_____
   Geoffrey F. Gega
   Attorneys for Defendant

[PROPOSED] ORDER

Pursuant to Alternative Dispute Resolution Local Rule 7-2 and the Stipulation between the parties, this case is referred to Magistrate Judge Wayne Brazil for a settlement conference.
The Court notes that this referral for settlement DOES NOT extend the parties Scheduling Order on January 28, 2008 as follows:
1. Completion of Expert Depositions due by May 23, 2008.
2. Last Date to Hear Dispositive Motions due by 7/28/2008.
3. Preliminary Pretrial and Trial Setting Conference set for 9/22/2008 11:00 AM. Please see Docket 173 for further specifics re Scheduling Order Dates.

The parties are to update the Court following their settlement conference and by filing a joint case management statement within ten (10) days after the completion of their settlement conference with Magistrate Judge Brazil.

Dated: March 3, 2008    _____
   United States District Judge