IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA and MARIA RODRIGUEZ DE TORRES, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D'ARRIGO BROTHERS COMPANY OF CALIFORNIA,<br><br>Defendant. | CLASS ACTION<br><br>CASE NO. C-04-00047JW (WDB)<br><br>Complaint filed: January 7, 2004 |

~~PROPOSED~~ ORDER

The Court, being informed of the relevant circumstances, *and having secured defense counsel's agreement,* hereby excuses plaintiffs Graciela Zamora and Maria Rodriguez de Torres from appearing in person at the settlement conference scheduled for March 27, 2008 at 2:00 p.m. Ms. Zamora and Ms. Rodriguez de Torres shall be available to participate in the conference by telephone.

_____
Magistrate Judge Wayne Brazil

Dated: 3/20/08