1   GEOFFREY F. GEGA, Bar No. 91980
    COOK BROWN, LLP
2   1851 East First Street, Suite 1440
    Santa Ana, CA 92705
3   (714) 542-1883 - Telephone
    (714) 542-1009 - Facsimile
4
    Attorneys for Defendant
5   D'ARRIGO BROS. CO., OF CALIFORNIA

6   STEPHEN G. SELIGER, Bar No. 123859
    155 North Michigan Avenue, Suite 500
7   Chicago, IL 60601
    (312) 616-4244 - Telephone
8   (312) 565-7289 - Facsimile

9   One of the Attorneys for Plaintiffs

10

11

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16  GRACIELA ZAMORA, OLGA LEYVA          )  CASE NO.  C-004-00047 JW
    VELARDE, TERESA LARA, and MARIA      )
17  RODRIGUEZ DE TORRES, on behalf of    )  CLASS ACTION
    themselves and all other persons similarly  )
18  situated,                            )
                                         )
19                 Plaintiffs,           )  **JOINT CASE MANAGEMENT STATEMENT**
                                         )  **ORDER SETTING HEARING FOR**
20             vs.                       )  **APPROVAL OF SETTLEMENT**
                                         )
21  D'ARRIGO BROTHERS COMPANY OF         )
    CALIFORNIA,                          )
22                                       )  Complaint Filed:      January 7, 2004
                   Defendant.            )
23                                       )
                                         )
24  _____             )
                                         )
25

26      Pursuant to the Court's Order, dated March 3, 2008, and Rule 16-9 of the Civil Local

27  Rules, Plaintiffs GRACIELA ZAMORA, OLGA LEYVA VELARDE, TERESA LARA, and

28

                                    1

1  MARIA RODRIGUEZ DE TORRES, and Defendant D'ARRIGO BROS. CO., OF

2  CALIFORNIA hereby submit the following Joint Case Management Statement.

3        In May 2004, the parties submitted a Joint Case Management Statement addressing all of

4  the topical areas required by the Court's Standing Order, and Rule 16-9.

5        On March 3, 2008, the Court ordered the parties, within 10 days following their Settlement

6  Conference, to update the Court regarding the case status by filing a Joint Case Management

7  Statement.

8        On March 27, 2008, a Settlement Conference was held before Magistrate Judge Wayne D.

9  Brazil.  As a result of this Settlement Conference, the parties verbally reached a preliminary

10  settlement, and are exchanging written drafts of proposed settlement language consistent with

11  their verbal agreement on basic terms reached at the Settlement Conference. (See Magistrate

12  Brazil's Civil Minute Order filed March 28, 2008.)   Once a written Settlement Agreement has

13  been reached, the parties intend to file a request for preliminary approval by this Court.

14                                COOK BROWN, LLP

15

16  DATED: April 4, 2008               BY: /s/Geoffrey F. Gega
17                                        GEOFFREY F. GEGA
                                          Attorneys for Defendant,
18                                        D'ARRIGO BROS. CO.,
                                          OF CALIFORNIA
19

20

21  DATED: April 4, 2008               ___/s/Stephen G. Seliger_____
                                          STEPHEN G. SELIGER
22                                        Attorneys for Plaintiffs,
                                          GRACIELA ZAMORA, et al.
23

24  *** ORDER ***
       In light of the parties' representation, the Court sets a hearing for Approval of
25  Settlement for **June 9, 2008 at 9 a.m.**  The parties shall file all the necessary paper work for
    the approval hearing on or before **May 30, 2008.**

26

27  Dated:  April 18, 2008               _____

28                                        JAMES WARE
                                          United States District Judge

JOINT CASE MANAGEMENT STATEMENT- C-004-00047 JW